In the Matter of STATE OF NEW YORK, Respondent, v BOBBY P., Appellant.

Decided May 8, 2012

Appeal, insofar as taken from that part of the Appellate Division order that affirmed the October 2010 order of Supreme Court, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal, insofar as taken from the remaining portion of the Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

SUNRISE CHECK CASHING AND PAYROLL SERVICES, INC., et al., Respondents, v TOWN OF HEMPSTEAD et al., Appellants.

Submitted March 12, 2012; decided May 8, 2012

Motion by respondents, insofar as it seeks to dismiss the appeal taken from the Supreme Court judgment entered upon remittal, granted, and the appeal dismissed, without costs, upon the ground that the judgment is not the final paper from which an appeal may be taken (*see* CPLR 5611); motion, insofar as it seeks to dismiss the appeal taken from the Appellate Division order, denied.

Motion by appellants, insofar as it seeks leave to appeal from the Appellate Division order, denied as unnecessary; motion, insofar as it seeks leave to appeal from the Supreme Court judgment entered upon remittal, dismissed upon the ground that the judgment is not the final paper from which leave to appeal may be sought (*see* CPLR 5611). Motion by appellants, treated as one to enlarge the record, denied as unnecessary upon the ground that the material sought to be submitted is subject to judicial notice.